437 A.2d 770

**Mildred HAYES, Appellant,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.**

Superior Court of Pennsylvania.

Argued Oct. 21, 1981.

Filed Nov. 30, 1981.

Thomas R. Kline, Philadelphia, for appellant.

Norman Hegge, Jr., Philadelphia, for appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

PER CURIAM:

This appeal from an order denying appellant's exceptions following a nonjury trial was taken before a final judgment was entered on the docket. It is interlocutory and must be quashed. Pa.R.A.P. 301(c). *See, e. g., Heffner v. Bock*, 288 Pa. Superior Ct. 345, 346, 430 A.2d 318, 319 (1981).

Appeal quashed.